| | | |
|---|---|---|
| STATE v. EVERETTE<br>No. 12-1500 | Wake<br>(11CRS10639) | Vacated and<br>  Remanded |
| STATE v. JONES<br>No. 12-1320 | Mecklenburg<br>(08CRS250566)<br>(08CRS80584) | No Error |
| STATE v. WIGGS<br>No. 12-1529 | Cumberland<br>(08CRS52185-86)<br>(08CRS52639)<br>(08CRS52641) | No Error |
| WHITE v. BURTON FARM<br>  DEV. CO. LLC<br>No. 12-1407 | Pamlico<br>(11CVS205)<br>(11CVS207)<br>(12CVS17) | Affirmed |